UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury H-21-1

UNITED STATES OF AMERICA

No. 3:22 Cr. 163 SVN / MGG

v.

VIOLATIONS:
18 U.S.C. § 1349 (Conspiracy to commit bank fraud)

KRISTIAN GUPTA and
LYELL CHAMPAGNE, JR.

18 U.S.C. § 371 (Conspiracy)
18 U.S.C. § 1028A (Aggravated identity theft)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Conspiracy to commit bank fraud)

1. Beginning in or about March 2021 and continuing through in or about April 2022, in the District of Connecticut and elsewhere, the defendants KRISTIAN GUPTA and LYELL CHAMPAGNE, JR. together with others, known and unknown to the Grand Jury, did willfully and knowingly combine, conspire, confederate, and agree together and with each other to commit the offense of bank fraud, that is, willfully and with intent to defraud execute and attempt to execute a scheme and artifice to obtain money, funds, and other property under the custody and control of a federally insured financial institution, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

2. In furtherance of the conspiracy, and in order to effectuate the objects thereof, the defendants and others used the following manners and means, among others:

   a. It was a part of the conspiracy that GUPTA and CHAMPAGNE acquired online account credentials for potential victims at federally insured financial institutions including Wells Fargo and JPMorgan Chase.

b. It was a further part of the conspiracy that GUPTA and CHAMPAGNE accessed the online bank accounts of potential victims without authorization.

c. It was a further part of the conspiracy that GUPTA and CHAMPAGNE used personal identifying information ("PII") of potential victims, including names, dates of birth, and Social Security account numbers, to open accounts at email providers and at a certain cryptocurrency exchange.

d. It was a further part of the conspiracy that GUPTA and CHAMPAGNE sought the assistance of an individual to transfer funds from bank accounts of potential victims to accounts controlled by GUPTA and CHAMPAGNE at a certain cryptocurrency exchange, said individual being a law enforcement agent acting in an undercover capacity as a bank "insider" (the "UC").

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO
(Conspiracy)

3. From in or about March 2021 through in or about April 2022, in the District of Connecticut and elsewhere, the defendants KRISTIAN GUPTA and LYELL CHAMPAGNE JR., did conspire with others known and unknown to the Grand Jury to:

a. intentionally access a computer without authorization for purposes of private financial gain and thereby obtain information contained in a financial record of a financial institution, in violation of Title 18, United States Code, Section 1030(a)(2)(A) and (c)(2)(B)(i); and

b. knowingly transfer, possess, and use, without lawful authority, a means of identification of another person in connection with unlawful activity constituting a

violation of federal law, including the transfer thereof by electronic means, in violation of Title 18, United States Code, Section 1028(a)(7).

4. The allegations contained in Paragraph 2 are incorporated by reference.

5. In furtherance of the conspiracy, and in order to effectuate the objects thereof, the defendants and others did commit and cause others to commit at least one of the following overt acts, among others, in the District of Connecticut:

    a. On or about March 30, 2021, GUPTA posted an online advertisement attempting to recruit "bank insiders."

    b. On or about April 30, 2021, GUPTA sent PII and other information about a potential victim ("VICTIM 1"), whose identity is known to the Grand Jury, to the UC, including a screen shot showing that VICTIM 1 had a Wells Fargo bank account with a balance of approximately $582,483.38.

    c. On or about April 29, 2021, CHAMPAGNE created accounts at Google and at a certain cryptocurrency exchange using the PII of VICTIM 1.

    d. On or about May 14, 2021, CHAMPAGNE, GUPTA, and the UC communicated via Telegram about the scheme to defraud.

    e. On or about May 15, 2021, GUPTA sent PII about a potential victim ("VICTIM 2"), whose identity is known to the Grand Jury, to the UC, including login credentials to a JPMorgan Chase account.

    f. On or about May 17, 2021, CHAMPAGNE created accounts at Google and at a certain cryptocurrency exchange using the PII of VICTIM 2.

    g. On or about May 19, 2021, GUPTA sent PII about a potential victim ("VICTIM 3"), whose identity is known to the Grand Jury, to the UC.

h.  On or about May 17, 2021, CHAMPAGNE created an account at a certain cryptocurrency exchange using the PII of VICTIM 3.

i.  On or about October 29, 2021, CHAMPAGNE transferred, possessed, and used a credit report and other PII about a potential victim ("VICTIM 4"), whose identity is known to the Grand Jury.

All in violation of Title 18, United States Code, Section 371.

## COUNT THREE
(Aggravated Identity Theft)

6.  On or about May 15, 2021, in the District of Connecticut and elsewhere, the defendant KRISTIAN GUPTA, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1349, knowing that the means of identification belonged to another actual person; to wit, the name, address, date of birth, and Social Security account number of VICTIM 2, whose identity is known to the Grand Jury.

All in violation of Title 18, United States Code, Section 1028A(a)(1) and (c)(5).

## COUNT FOUR
(Aggravated Identity Theft)

7.  On or about October 29, 2021, in the District of Connecticut and elsewhere, the defendant LYELL CHAMPAGNE, JR., did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation of Title 18, United States Code, Section 1349, knowing that the means of identification belonged to another actual person; to wit, a credit report and other PII of VICTIM 4, whose identity is known to the Grand Jury.

All in violation of Title 18, United States Code, Section 1028A(a)(1) and (c)(5).

## FORFEITURE ALLEGATION

8. Upon conviction of Count One and Count Two of this Indictment, the defendants KRISTIAN GUPTA and LYELL CHAMPAGNE, JR., shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i)(1)(B), all right, title, and interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of such violation(s), and pursuant to Title 18, United States Code, Section 1030(i)(1)(A), all right, title, and interest in any and all personal property that was used or intended to be used to commit the offense.

9. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Sections 982(a)(2)(B) and 1030, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

_____
FOREPERSON

UNITED STATES OF AMERICA

*/s/ Vanessa Roberts Avery*
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*/s/ Edward Chang*
EDWARD CHANG
ASSISTANT UNITED STATES ATTORNEY