UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
CRIMINAL HEARING MINUTES

Date: 10/19/2022  Case #: 3:22-cr-00163 (SVN)  Dft #: 2

Honorable Judge: Maria E. Garcia
Deputy Clerk: Sarah Santos

UNITED STATES OF AMERICA
Vs.
Lyell Champagne, Jr.

AUSA: Edward Chang
Counsel for Defendant: Talmage Edward Newton, IV.
☒ Retained   ☐ CJA   ☐ FPD

Start Time: 2:20 p.m.   End Time: 2:52 p.m.
USPO: Marina Davila/Katie Stephens
Recess (if more than ½ hr) _____ to _____
Reporter/ECRO/FTR: Courtsmart
Interpreter: _____  Language: _____
Total Time: ____ hours  32 minutes
Hearing held ☒ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| ☐ Initial Appearance ____ | ☐ Initial Appear. Rule 5 ____ | ☐ Detention ____ | ☐ Arraignment ____ |
|---|---|---|---|
| ☒ Motion   2 | ☒ Bond   30 | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ☐ Self surrender  Date _____
☐ Case Unsealed
☐ Deft failed to appear
☐ CJA23 financial affidavit filed under seal
☐ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
☐ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
|---|---|---|
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts _____
Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed  ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted   ☐Denied   ☐Advisement
_____ hearing set for _____ ;  continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied  ☐Advisement
☐ Order of detention filed
☐ Bond set at $_____   ☐ reduced to $_____ ;  ☐Non-surety   ☐Surety    ☐Personal recognizance
☒ Bond ☒revoked   ☐reinstated   ☐continued   ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☒ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☐ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
☒ Motion for _Revocation of Bond (Oral)_ filed by☒ USA ☐defendant, ☒granted   ☐denied  ☐advisement
☒ Motion for _Pre-Trial Detention_ filed by☒ USA ☐defendant, ☒granted   ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement

**NOTES**
_____
_____
_____
_____