UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LYELL CHAMPAGNE, JR. | No. 3:22 Cr. 163 (SVN) |

## RESTITUTION ORDER

### I.  Restitution Liability

#### A.  Restitution Amount

The defendant Lyell Champagne, Jr. ("Defendant") shall pay restitution in the amount of $ 111,738.52 pursuant to 18 U.S.C. § 3663A.

#### B.  Identification of Victims

Restitution shall be paid to the Internal Revenue Service, at the following address:

> IRS – RACS
> Attn: Mail Stop 6261 – Restitution
> 333 W. Pershing Ave.
> Kansas City, MO 64108

### II.  Interest and Penalties

Because the Court determines that the Defendant does not have the ability to pay interest, the Defendant is not required to pay interest on the restitution owed. 18 U.S.C. § 3612(f).

If the Defendant becomes delinquent on any restitution owed, the Defendant shall pay, as a penalty, an amount equal to 10 percent of the principal amount that is delinquent. 18 U.S.C. § 3612(g). If the Defendant goes into default on any restitution owed, the Defendant shall pay, as a penalty, an additional amount equal to 15 percent of the principal amount in default. *Id.*

### III.  Time and Method of Payment

Pursuant to 18 U.S.C. §§ 3572 and 3664(f)(2), in consideration of (1) the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; (2) projected earnings and other income of the Defendant; and (3) any financial obligations of the Defendant, including obligations to dependents, the Defendant is hereby ordered to pay restitution in the manner and according to the schedule that follows:

      A. While the Defendant serves his term of imprisonment, he shall not be required to pay restitution.

      B. After completion of the term of imprisonment, the Defendant shall make monthly installment payments of not less than $250 or an amount equal to 10% of gross monthly income, whichever is greater.

**IV.**     **Payment Instructions**

The Defendant shall make payment to the Clerk of Court. Payment may be made in the form of cash, check or money order. All payments by check or money order shall be made payable to the "Clerk, United States District Court," and each check shall be delivered to the following address:

> United States District Court
> Attention: Clerk's Office
> Richard C. Lee United States Courthouse
> 141 Church Street,
> New Haven, CT 06510

The Defendant shall write the docket number of this case on each check delivered to the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. Payments can be made through Pay.gov, using a checking or savings account (ACH) or credit, debit, and prepaid cards. Before making payments on-line, debtors should self-enroll on the Pay.gov. Instructions on how to self-enroll and make payments on-line are on the court's website at: http://www.ctd.uscourts.gov/payment-information.

The Clerk shall distribute restitution payments to the victim(s) identified in this order in accordance with the District's Standing Order on the Disbursement of Restitution Payments by the Clerk of Court.

**V.**     **Additional Provisions**

The Defendant shall notify the Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, of any material change in the Defendant's economic circumstances that might affect the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

The Defendant shall notify the Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, of any change in address.

The Defendant shall apply to any restitution still owed the value of any substantial resources from any source the defendant receives during the period of incarceration, including inheritance, settlement or other judgment in accordance with 18 U.S.C. § 3664(n).

Nothing in this order shall prevent the Bureau of Prisons from implementing restitution payments in accordance with its Inmate Financial Responsibility Program ("IFRP"), 28 U.S.C. § 545.10 *et seq.* up to the maximum amount permitted under the IFRP guidelines.

It is SO ORDERED this 19th day of September, 2024 at Hartford, Connecticut.


                              HON. SARALA V. NAGALA
                              UNITED STATES DISTRICT JUDGE